#117 #128799

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED

2010 AUG 27 PM 1:27

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: CHAVEZ, GRAVIEL A          Case No. 09-37253
       CHAVEZ, SARA L

                                  Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that

the following is a list of the names and addresses of the persons entitled to dividends of less than

five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Maumee Bay Obstetrics and Gyn, | 2702 Navarre Ave., 305, Oregon, OH 43616 | $4.95 |
| Eastpoint Rehabilitation, | 2815 Dustin Rd., Suite B, Oregon, OH 43616 | $4.06 |

Check for $9.01 payable to the Clerk of the United States Bankruptcy Court for deposit

into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated:    8/25/10

Cc:
Office of the U.S. Trustee